

# HILL RIVKINS LLP
45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600   Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

March 10, 2014

**By ECF and E-mail**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square, Room 2103
New York, New York 10007

> RE: Request for Adjournment of Initial Pretrial Conference
> E.D.F. Man Sugar, Inc. v. Sucden Americas Corp.
> 14 Civ. 0266 (KPF)
> Our File No.: 32110-AJP/BPE

Dear Judge Failla:

We represent defendant Sucden Americas Corp. ("Sucden") in the above-referenced action and write to respectfully request an adjournment of the Initial Pretrial Conference set for 4:00 p.m. on March 19, 2014 (D.E. 2), as we are unable to attend. Anthony J. Pruzinsky of this firm will be attending oral argument before the United States Court of Appeals for the Sixth Circuit and the undersigned must personally attend depositions pursuant to subpoena in Florida. Mr. Keane, counsel for plaintiff E.D.F. Man Sugar, Inc., consents to this first request to adjourn the Initial Pretrial Conference. If convenient for the Court, all counsel are available to attend an Initial Pretrial Conference on March 25-27 or April 1-3, 2014.

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300   Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515   Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263   Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

March 10, 2014
<u>Page Two</u>

      We thank the Court for its consideration in this matter.

                                     Respectfully submitted,

                                     HILL RIVKINS LLP

                                   Brian P. R. Eisenhower

Enclosures
32110\001 Court

**cc:** <u>By E-mail</u>

Edward A. Keane, Esq.
MAHONEY & KEANE, LLP
*Attorneys for Plaintiff*
40 Worth St., Tenth Floor
New York, New York 10013
File No.: 12/4124

