```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 14, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Index No.: 14 Civ. 0266 (KPF)

E.D.F. MAN SUGAR, INC.,

       PLAINTIFF,

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

SUCDEN AMERICAS CORP.,

       DEFENDANT,

-------------------------------------------------X

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, that the above captioned matter has and hereby is discontinued without prejudice and without costs to any party.

Dated: New York, New York

       July 11, 2014

| | |
|---|---|
| Mahoney & Keane, L.L.P. | Hill Rivkins, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: _____ | By: _____ |
| Edward A. Keane | Anthony J. Pruzinsky |
| 40 Worth St. 10th Floor | 45 Broadway, Suite 1500 |
| New York, N.Y. 10013 | New York, N.Y. 10006-3739 |
| (212)385-1422 | (212) 669-0600 (Direct-0639) |

Dated: July 14, 2014
       New York, New York

SO ORDERED.

_/s/ Katherine Polk Failla_

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE